# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>AETNA, INC.,<br><br>Defendants. | Case No.  1:21-cv-01583-JLT-SAB<br><br>ORDER VACATING FEBRUARY 3, 2022 SCHEDULING CONFERENCE<br><br>(ECF No. 5) |

Plaintiff Prince Paul Raymond Williams, proceeding *pro se* and *in forma pauperis*, filed a complaint in this action on October 27, 2021. (ECF No. 1.)  A scheduling conference is currently set in this matter for February 3, 2022.  (ECF No. 5.)  The Court shall vacate the scheduling conference as the complaint has not been screened, and defendant has not been served or appeared in this action.  See 28 U.S.C. § 1915(e)(2) ("the court shall dismiss a case if at any time if the Court determines that . . . the action . . . (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."); Cato v. United States, 70 F.3d 1103, 1106 (9th Cir. 1995) (Section 1915 "authorizes a court to review a complaint that has been filed *in forma pauperis,* without paying fees and costs, on its own initiative and to decide whether the action  has an arguable basis in law before permitting it to proceed."); Ross v. Padres LP, No. 17-CV-1676 JLS (JLB), 2018 WL 280026, at *2 (S.D. Cal. Jan. 3, 2018) ("28 U.S.C. § 1915(e)(2) mandates that the court reviewing an action filed pursuant to the IFP provisions of § 1915 make and rule on its own

motion to dismiss before directing the Marshal to effect service.").

Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently set for February 3, 2022, is VACATED, and the parties shall not be required to appear on such date.

IT IS SO ORDERED.

Dated: **January 20, 2022**

UNITED STATES MAGISTRATE JUDGE