1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**
9                     **EASTERN DISTRICT OF CALIFORNIA**
10

11   PRINCE PAUL RAYMOND WILLIAMS,       )   Case No.: 1:21-cv-1583 JLT SAB
                                         )
12              Plaintiff,               )   ORDER ADOPTING THE FINDINGS AND
                                         )   RECOMMENDATIONS AND DISMISSING THE
13       v.                              )   ACTION WITH PREJUDICE
                                         )
14   AETNA, INC., et al.,                )   (Doc. 11)
                                         )
15              Defendants.              )
                                         )
16   _____)

17         On October 27, 2021, Plaintiff initiated this action by filing a complaint, seeking to proceed
18   *pro se* and *in forma pauperis*. (Doc. 1.)  The magistrate judge determined Plaintiff failed to state any
19   cognizable claim and dismissed the complaint with leave to amend on February 18, 2022.  (Doc. 10.)
20   The Court granted Plaintiff thirty days to file an amended complaint and informed Plaintiff that the
21   failure to comply with the Court's order may result in dismissal of the action, with prejudice.  (*Id.* at
22   14.)  After Plaintiff failed to file an amended complaint, the magistrate judge determined Plaintiff
23   failed to comply with the Court's order and failed to prosecute the action.  Therefore, the magistrate
24   judge recommended the matter be dismissed on April 1, 2022.  (Doc. 11.)
25         The Court granted Plaintiff 14 days to file objections to the Findings and Recommendations of
26   the magistrate judge. (Doc. 11 at 15.)  In addition, the Court advised Plaintiff that "failure to file
27   objections within the specified time may result in the waiver of rights on appeal."  (*Id.* at 16, citing
28   *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th

Cir. 1991).)  To date, no objections have been filed, and the deadline to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 1, 2022 (Doc. 11), are **ADOPTED** in full.
2. This action is **DISMISSED** with prejudice.
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **April 21, 2022**

_____
UNITED STATES DISTRICT JUDGE